■ In the Matter of GAYLE PICHT, Respondent, v DOUGLAS PICHT, Appellant. [632 NYS2d 971] —Appeal by Douglas Picht from an order of the Family Court, Nassau County (Medowar, J.), entered April 26, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Judge Medowar at the Family Court. Balletta, J. P., Rosenblatt, Pizzuto, Joy and Altman, JJ., concur.